fun



# Robert Mainini

## HMA® PRIMARY HOLDER CONTRACT

This Contract explains in detail your obligations regarding your account as well as how and for what medical expenses your account can be used. The HMA® is not a financial product. It is your responsibility to read and review the provisions in this Contract. If we do not hear from you within 7 days of any objections to the provisions in this Contract your agreement with HMAS® will be in force under the terms and conditions in this Contract or any other amendments to this Contract that are subsequently put in place.

Your HMA® Medical Reimbursement Card will be mailed in an unmarked, non-descript, white envelope for security reasons. The first card is complimentary at no cost to you. It is your responsibility to receive and activate your card. If you do not receive your HMA® Medical Reimbursement Card within 15 days of your start date please contact our office. If you do not report to our office that you did not receive your HMA® Medical Reimbursement Card within 15 days you will be charged $5 for a replacement card. Additional HMA® Medical Reimbursement Cards for eligible family members can be issued for $5.

If you have any questions, please call (713) 850-8534.

**The HMA® is not Health Insurance**

TABLE OF CONTENTS

HOW TO READ YOUR CONTRACT..................................................................................2

HMA® SERVICES CONTRIBUTIONS SUMMARY PAGE...............................................4

YOUR HEALTH MATCHING ACCOUNT SERVICES HMA® PRIMARY HOLDER CONTRACT........................................................................................................................1

**IMPORTANT NOTICE REGARDING YOUR HEALTH MATCHING ACCOUNT PRIMARY HOLDER CONTRACT.......................................................2**
**HMA® SERVICES PRIMARY HOLDER CONTRACT........................................3**
**SECTION 1: DEFINITIONS..................................................................................3**
**SECTION 2: OBLIGATIONS OF PRIMARY.......................................................5**
**SECTION 3: SERVICES TO BE PROVIDED BY HMA® SERVICES.............7**
**SECTION 4: TERM AND TERMINATION OF AGREEMENT.......................8**
**SECTION 5: ELECTRONIC DOCUMENTS.......................................................9**
**SECTION 6: APPLICABLE LAW........................................................................9**
**SECTION 7: ENTIRE AGREEMENT..................................................................9**
**SECTION 8: NOTICES..........................................................................................9**
**SECTION 9: SEVERABILITY..............................................................................9**
**SECTION 10: ASSIGNMENT................................................................................9**
**SECTION 11: NO WAIVER.................................................................................10**
**EXHIBIT 1.............................................................................................................11**

## *How to Read Your Contract*

Your HMA® Primary Holder Contract contains your contract and agreement, as well as related materials that are included in your contract, which includes your online application, any Exhibits, Addendums and any other documents submitted pursuant to your contract. The contract is organized in sections, each of which has its own purpose. For purposes of reading your contract, you may find it helpful to refer to this page.

<u>Contributions Summary Page</u>

- Provides a quick overview of your chosen Plan and the financial obligations under your contract.

<u>Contract/Agreement</u>

- Contains several aspects of your contract, including the following:
    o Definitions
        - The definitions and description of certain terms in your HMA® Primary Holder Contract. This is the foundation of your contract.
    o Primary Obligations
        - This contains what we expect you to do under your HMA® Primary Holder Contract
        - Contains the medical benefit transaction information, such as what medical contribution is due, when it is due, how the excess medical benefit is applied and what happens if you wish to change your plan.
        - It also explains limitations on usage of your account.
    o Termination
        - This explains how your HMA® Primary Holder Contract can be terminated and what happens when it is terminated
    o Additional Documents
        - You will receive an annual Contract each year, and possibly additional Contracts when there are updates, which will replace your previous contract
    o Exhibit(s)
        - Contains specific contract and services information related to your HMA® program.

# WELCOME TO HEALTH MATCHING ACCOUNT SERVICES, INC.

Greetings Valued Customer:

Thank you for choosing Health Matching Account Services, Inc. ("HMA® SERVICES"). We are setting the example in our industry as a leading provider of innovative, health care solutions for individuals, employers, employees and families.

At HMA® SERVICES, we understand the importance of offering quality, affordable health care benefits to families and individuals. Valuing our existing customer relationships and displaying a genuine concern for the financial stability of American families and individuals are core values that HMA® SERVICES upholds. Our products seek to empower our customers by providing them with a whole new level of health care solutions and service.

Please remember it is in your best interest to make contributions without using your account for as long as possible to allow the excess benefit to work for you and your account will build as projected in the HMA® Account Value Tables on Exhibit 1 at the end of this Agreement. You will receive a welcome from HMA® SERVICES to review your HMA® plan.

If you have any questions regarding your HMA®, please contact us at (713) 850-8534 between 8:45 a.m. and 5:30 p.m., Monday through Thursday, and between 8:30 a.m. and 4:00 p.m. Friday, Central Standard Time. Thank you again for choosing HMA® SERVICES. We look forward to helping you to lower your health care cost without sacrificing your quality of care through the immense benefits that our HMA® offers our customers.

Sincerely,


Regina Gorog
President
Health Matching Account Services, Inc.

# HMA® SERVICES Contributions Summary Page

Prepared For:                        Robert Mainini, the "Primary"

Plan Name:                           HMA 15000

HMA® Member ID:                      41377

For complete information on your health care HMA® program with HMA® SERVICES, please refer to your Health Matching Account Services HMA® Primary Holder Contract.

**You understand that the HMA® product is NOT health insurance.**

### Program & Services Agreement Summary of Provisions

Effective Date of Program:           January 25, 2021

Term of Program:                     35 months, thereafter, automatic annual renewal.

### Health Matching Account Fee Schedule

Name of Primary Member:     Robert Mainini

Name(s) of Dependent(s):
                            Karen Mainini

HMA® Monthly Maintenance Fee:              $ 53.00

Total HMA® Monthly Contribution Amount $ 203.00
(Including Maintenance Fee above):

The total amount due per month from the Primary to HMA® SERVICES is subject to change. The Primary agrees, per this Agreement, to notify HMA® SERVICES of any such eligibility or coverage changes, as it relates to participants and dependents (Eligible Persons). The Primary also agrees, per this Agreement, to any true-up amounts due to HMA® SERVICES for any amounts due based on improper or mistaken disclosures of amounts due or numbers of Eligible Persons subject to this Fee Schedule. If a Primary or dependent uses this account in an unauthorized manner, the Primary will be required to reimburse HMA® SERVICES in full for all medical benefits paid out for such unauthorized use.

# Your Health Matching Account Services HMA® Primary Holder Contract

# The HMA® is not Health Insurance

# *IMPORTANT NOTICE REGARDING YOUR HEALTH MATCHING ACCOUNT PRIMARY HOLDER CONTRACT*

Any contributions or amounts owed and paid to HMA® SERVICES will be used to accumulate your HMA® account values for your health care plan for the purpose of paying reimbursements for certain Internal Revenue Code section 213(d) and other HMA® approved medical expenses.

**You understand that the HMA® product is NOT health insurance.**

Signed for HMA® SERVICES at its home office on the Effective Date of the Agreement.


Regina Gorog
President
Health Matching Account Services, Inc.


This is a legal contract between you and HMA® SERVICES.
Please Read This Contract Carefully.

HMA® SERVICES: (713) 850-8534

# HMA® SERVICES PRIMARY HOLDER CONTRACT

This Agreement made as of the Effective Date which is the date of your online enrollment, by and between **Health Matching Account Services, Inc.** (hereinafter referred to as "HMA® SERVICES") , and Robert Mainini, (hereinafter referred to as the "Primary") who is over the age of eighteen (18).

## RECITALS

**WHEREAS,** the Primary has enrolled online for one of HMA® SERVICES' health matching products to provide a source of medical benefits to pay for certain qualified medical expenses; and

**WHEREAS,** it is desirable to set forth more fully the obligations, duties, rights and liabilities of HMA® SERVICES and the Primary.

**NOW, THEREFORE,** in consideration of these premises and the mutual promises and agreements hereinafter set forth, the parties hereby agree as follows:

## SECTION 1: DEFINITIONS

As used in this Agreement, the following terms have the meanings specified below:

**1.1** **"Eligible Medical Expense"** shall mean certain HMA® approved Internal Revenue Code (Code) Section 213(d) Eligible Medical Expenses (as defined under the Code), incurred directly or through prescriptions from a Provider, including, or limited by, the following:

> Ground only Ambulance Services
> Laboratory/Medical/Dental/Ophthalmic Hospital Equipment and Supplies
> Dentists
> Osteopathic Physicians
> Chiropractors, limited to two services per Family per month. All chiropractic expenses must be submitted on a mail-in reimbursement basis through fax, email or regular mail by completing the HMA® Reimbursement Form located in the Resources section of your HMA® member account portal and submitting an original, itemized receipt within 30 days of the service
> Optometrists, Ophthalmologists
> Opticians, Optical Goods, and Eyeglasses
> Podiatrists
> Hospitals
> Medical and Dental Laboratories
> Prescription Drugs with a prescription Rx number at Drug Stores and Standalone Pharmacies (but no sundries)
> Prescription Drugs with a prescription Rx number purchased at any grocery store pharmacies, Sam's Club, Costco, and other similar organizations can be covered on a mail-in reimbursement basis by completing the HMA® Reimbursement Form located in the Resources section of your HMA® member account portal and submitting an original, itemized receipt within 30 days of the purchase
> Hearing Aid - Sales, Service, Supply Stores
> Orthopedic Goods - Prosthetic Devices

      Cosmetic procedures performed by an Eligible Medical Provider under Section 1.11
      Doctor of Psychology
      Doctor of Health Psychology
      Monthly payments for Direct Primary Care and/or Concierge Medical Services from Eligible Medical Providers under Section 1.11 through a mail in reimbursement

1.2 **"Eligible Person"** means the Primary, who must have attained age 18, and can include the Primary's dependents, if added as part of the Primary's enrollment. In order to be considered an Eligible Person, HMA® SERVICES must have in their records either from the initial Primary enrollment or, subsequently, that the person meets the requirements to be an Eligible Person. The Primary acknowledges that Eligible Persons under this Contract are limited to legally married spouses and unmarried dependents under the age of 26 living in your household. Once previously covered dependents reach the age of 26, HMA® SERVICES has the right to discontinue coverage under this Contract for those dependents, who may choose to start their own separate plan as a Primary themselves once they have reached the age of 26. Family members over the age of 18 can have a separate individual plan if they choose, but they cannot be listed as a dependent on another plan.

1.3 **"Eligible Service"** means only a service or supply specified as an Eligible Medical Expense that occurs within the United States or District of Columbia. No out of the country expenses will be covered. Hospitals, Clinics, laboratories and ground ambulance services, duly licensed to render Eligible Services to an Eligible Person.

1.4 **"HMA® Account Balance"** shall mean the current balance in a Primary's HMA® Contribution Account for purposes of paying for and adjudicating Reimbursements pursuant to the Contract, **less** one month's HMA® contribution (including Maintenance Fee) which must be maintained at all times as a floor in the Primary's HMA® Contribution Account in order to keep the Primary's HMA® Contribution Account open. For purposes of the HMA® Reimbursement Payment, such payments will be made based on the balance on the day in which a Reimbursement is submitted, less one month's HMA® contribution (including Maintenance Fee) which must be maintained in the Primary's HMA® Contribution Account at all times. For example, Primary has a Reimbursement submitted for $2,000.00, but only has $2,000.00 in his/her HMA® Contribution Account and Primary is on the HMA10000 Plan which requires a monthly contribution of $140.00 plus, depending on whether dependents are covered, the Primary's medical benefits available for HMA® Reimbursement payment will be $1,860.00 or a little less if dependents are covered. This is the Primary's HMA® Account Balance, not $2,000.00.

1.5 **"HMA® Contributions"** are the Primary's monetary amounts contributed to HMA® SERVICES under the product selected at enrollment for purposes of paying Reimbursements. This amount includes a Maintenance Fee and it may include a dependent fee, both of which are excluded from the HMA® Account Balance.

1.6 **"HMA® Contribution Account"** shall mean the account to which a Primary's HMA® Contributions are credited, less any Maintenance Fee, along with the excess benefit, and which will be debited for HMA® Payments and Reimbursements for each Eligible Person participating in the Primary's Contract. The HMA® Contribution Account can never exceed $0.01 over the HMA® Account Limit/Cap of the Primary's HMA® product level.

1.7 **"HMA® Payment" or "HMA® Reimbursement Payment"** shall mean a payment from an Eligible Person's HMA® Account Balance for a Reimbursement. Such HMA® Payment or HMA® Reimbursement Payment will be based on such Eligible Persons' applicable HMA®

Account Balance. HMA® SERVICES has no responsibility for payments on Reimbursements beyond the HMA® Account Balance. Furthermore, such HMA® Reimbursement Payment shall be paid based on the HMA® Account Balance on the day in which the HMA® Reimbursement was submitted for payment.

1.8 **"Maintenance Fee"** means the monthly service charge that is required by HMA® SERVICES for the administrative services performed under this Agreement. The Maintenance Fee(s) is indicated in the most current Summary Page or Fee Schedule, as applicable, of this Agreement. The Maintenance Fee is paid each month to HMA® SERVICES from the Primary's HMA® Contribution before adding to the HMA® Contribution account.

1.9 **"Non-Eligible Service"** The following are examples of Non-Eligible Service expenditures: (a) over the counter medicine; (b) massage therapy; (c) non-prescription purchases at pharmacies, grocery stores, Sam's Club, Costco, or any other vendor; (d) payments to medical collection agencies; (e) health care financial consultants; (f) acupuncture; (g) naturopathic medicine; (h) supplements of any kind not prescribed by a Medical Doctor or Doctor of Osteopathy; (i) annual, semiannual or quarterly payments for Direct Primary Care and/or Concierge Medical Services are not eligible; (j) advance payments for otherwise Eligible Medical Expenses; (k) payments to any person calling themselves a "doctor" other than one licensed as a Provider defined in 1.10 below.; (l) anything that is not defined above as an Eligible Medical Expense; (m) over the counter products sold by any Provider defined in 1.10 below; (n) drug, alcohol or any rehabilitation facilities; (o) COVID-19 tests; (p) air ambulance services; (q) annual or monthly fees for umbilical cord storage; (r) medical claims already paid by insurance or other non-insurance health plans; or (s) Cosmetic or other elective procedures not performed by a Eligible Medical Provider listed under Section 1.11.

1.10 **"Non-Eligible Medical Payment Plans"** No medical payment plans are allowed under this Contract to pay past, present or future medical services.

1.11 **"Eligible Medical Provider"** means Medical Doctors (MD), Doctors of Osteopathy (DO), Doctors of Psychology, Doctors of Health Psychology, Dentists (DDS) or (DMD), Optometrists (OD), Podiatrists (DPM)

1.12 **"Reimbursement"** means notification in a form acceptable to HMA® SERVICES that an Eligible Service has been rendered or furnished to an Eligible Person. Reimbursements for any Eligible Service, other than for surgery or a hospital stay, that are over 30 days from the date of the Eligible Service are not acceptable and will not be approved. Reimbursements for any Eligible Service that are for surgery or a hospital stay that are over 90 days from the date of the Eligible Service are not acceptable and will not be approved.

1.13 **"Limited Coverage"** Chiropractic care is limited to two (2) services per family per month. Payments to Providers that participate in Direct Primary Care or Concierge Medical Service Companies will not be considered an Eligible Medical Expense, unless paid on a monthly basis. These Limited Coverage services are covered through a mail in reimbursement, not the HMA® Medical Reimbursement Card.

### SECTION 2: OBLIGATIONS OF PRIMARY

2.1 *Contributions.* The Primary's goal (not required) is to make contributions without use for as long as possible to allow the excess benefit to work for the Primary's benefit to achieve the HMA® Account Limit/Cap selected by the Primary. Accordingly, Primary agrees to make monthly continual HMA® Contributions toward the product selected by Primary at enrollment or as modified. This HMA® Contribution may be increased by the Primary and, as approved by HMA® SERVICES, no more often than once per month. Any modification must be to a higher

Plan of the HMA® product levels. See Exhibit 1. Primary may **not** "step down" to a lower HMA® Plan during the first 24 months. After the first 24 months, the Primary can "step down" to a lower HMA® Plan once every 24 months. HMA® Contributions shall be made by the Primary on a monthly continual basis up to the HMA® Account Limit/Cap (over such period of time as set out by HMA® SERVICES, which is currently 35 months, with no Reimbursements) (such limit/cap referred to herein as the "HMA® Account Limit/Cap"). The Primary may not make additional contributions to his/her account over the monthly Contribution due for a particular month. When a Primary's HMA® Account Limit/Cap has been reached, the Primary shall remain responsible for and liable to HMA® SERVICES for any Maintenance Fees and costs associated with their HMA® Contribution Account, as indicated on the HMA® SERVICES Contributions Summary Page. HMA® SERVICES does not continue to provide for any excess benefit on such HMA® Account Balance beyond the HMA® Account Limit/Cap. There is no "spend down" permitted. By this we mean that the Primary does not have the right to stop making monthly contributions and continue to have use of his/her her HMA® Contributions Account. The account can only remain open for so long as the Primary makes monthly contributions up to the HMA® Account Limit/Cap and thereafter so long as the Primary continues to make monthly maintenance fees. There is no cash value in the HMA® Contributions Account.

If a Primary desires to raise their HMA® Monthly Contribution at a given time, which can only occur once per month, then such new HMA® Monthly Contribution will be in effect for all future HMA® Monthly Contributions.

If the Primary fails to pay his or her monthly HMA® Contribution on or before the contribution due date, his or her HMA® Medical Reimbursement Card will be blocked automatically. HMA® SERVICES Customer Care team will make every effort to contact the Primary when his/her contribution payment is declined by leaving messages to call HMA SERVICES back to avoid terminating their account. HMA SERVICES will make several attempts to notify the Primary that he or she is past due and will try to get an updated payment method. If Primary is not contacted successfully by phone, HMA® SERVICES will send the Primary an email notifying of the past due account. The Primary's HMA® Contribution Account will be blocked for a grace period of 60-days to give the Primary time to bring his/her HMA® Contributions current on all outstanding payments. Once the Primary's HMA® Contributions are brought current, HMA® SERVICES will unblock the Primary's HMA® Medical Reimbursement Card. No excess benefit will be added for payments made that are over 30 days past due. If the Primary has failed to bring his/her HMA® Contributions current after the expiration of the 60-day grace period, such Primary's HMA® Contributions Account will be terminated and any remaining HMA® Account Balance will be relinquished to HMA® SERVICES. No other communication will be made by HMA® SERVICES before the Primary's account is surrendered and closed.

**2.2** *Disputes*. If the Primary has any dispute with the charges being made on his or her credit card or bank account on file with HMA® SERVICES, the Primary should call HMA® SERVICES to discuss the dispute to give HMA® SERVICES the opportunity to resolve the issue. However, if the Primary files a dispute with the credit card processor or bank regarding the HMA® Contribution amount being charged on his/her credit card or bank account on file with HMA® SERVICES such Primary's account will be put in suspension until the dispute is resolved.

**2.3** *Usage of HMA® Contribution Account.* Primary understands and agrees that his or her HMA® Contributions Account is to be used exclusively for the payment or reimbursement of Eligible Medical Expenses. Contributions may never be used for anything other than approved Eligible Medical Expenses. Regarding use of the associated HMA® Medical Reimbursement Card, Primary agrees that he or she or any other Eligible Person, may not use the HMA® Medical Reimbursement Card to obtain cash, gift cards, over the counter medicine, massage therapy, or any other non-medical purchase that is not defined above as an Eligible Medical Expense and

prescribed by a Provider. To be clear, Primary agrees that he or she or any other Eligible Person, may not use the associated HMA® Medical Reimbursement Card at grocery stores, Sam's Club, Costco, or any other vendor to purchase anything. Eligible Medical Expenses to be incurred at these vendors can only be handled with a Mail in Reimbursement Form. Further, use of the HMA® Medical Reimbursement Card does not include payments to medical collection agencies, health care financial consultants; or anything that is not defined above as an Eligible Medical Expense. JUST BECAUSE THE HMA® MEDICAL REIMBURSEMENT CARD IS SUCCESSFULLY SWIPED AND PAYMENT IS ACCEPTED DOESN'T MEAN IT IS A QUALIFIED ELIGIBLE MEDICAL EXPENSE. If a Primary or other Eligible Person uses the HMA® Medical Reimbursement Card in a suspected unauthorized manner as described above, the Primary's HMA® Medical Reimbursement Card will be blocked and the Primary will be required to submit an itemized statement from the provider verifying that the charge is an Eligible Medical Expense, or reimburse HMA® SERVICES for such unauthorized charges and may, in the discretion of HMA® SERVICES, be required to submit on a mail-in reimbursement basis all future Reimbursements for up to 12 months by completing the HMA® Reimbursement Form located in the Resources section of your HMA® member account portal and submitting an original, itemized receipt within 30 days of the purchase. Regarding Reimbursements that are made within 30 days from the date of service, HMA® SERVICES must receive the itemized bill showing date of service in order to authorize payment or reimbursement. If HMA® SERVICES does not receive the itemized receipt within 30 days of the date of service and if the Primary has made payment with the HMA® Medical Reimbursement Card, the Primary must reimburse their account by paying HMA® SERVICES within 10 days of notice by HMA® SERVICES. Any payments made for services after the expiration of 30 days must be reimbursed by the Primary within 10 days of notice by HMA® SERVICES. Failure to reimburse within the 10 days will cause the Primary's HMA® Contributions Account to be terminated and any HMA® Account Balance will be surrendered to HMA® SERVICES.

In the case of surgeries or hospital stays, If HMA® SERVICES does not receive the itemized receipt within 90 days of the date of service and if the Primary has made payment with the HMA® Medical Reimbursement Card, the Primary must reimburse their account by paying HMA® SERVICES within 10 days of notice by HMA® SERVICES. Any payments made for surgeries or hospital stays after the expiration of 90 days must be reimbursed by the Primary within 10 days of notice by HMA® SERVICES. Failure to reimburse within the 10 days will cause the Primary's HMA® Contributions Account to be terminated and any HMA® Account Balance will be surrendered to HMA® SERVICES.

In the event of the Primary's death, HMA® SERVICES will pay the hospital directly for end-of-life medical bills with proof provided to HMA® SERVICES of a final claims adjudication of Eligible Medical Expenses not covered by insurance or other non-insurance health plans within 90 days from the Primary's death.

There are no exceptions to Section 2.3.

### SECTION 3: SERVICES TO BE PROVIDED BY HMA® SERVICES

HMA® SERVICES will maintain the Primary's HMA® Contribution, less applicable Maintenance Fees, in its HMA® Contribution Account and records will be maintained for the Primary to show his/her HMA® Account Balance, which can be accessed through a web portal or mobile app. HMA® SERVICES will apply a excess benefit to the Primary's HMA® Contribution Account as illustrated in Exhibit 1 attached based upon the product the Primary has elected to acquire. When Reimbursements are made against the Primary's HMA® Contribution Account, HMA® SERVICES

will determine if it is an Eligible Medical Expense and debit the Reimbursement amount, up to the HMA® Account Balance, from the Primary's HMA® Contribution Account. HMA® SERVICES will also maintain a website in which the Primary may view his or her Primary HMA® Account Balance.

Additional services that are provided by HMA® SERVICES:

    a. Handling of inquiries — written, phone or in–person – related to membership, benefits, and HMA® Reimbursement Payment or denial.

    b. Upon Primary's request, assist Primary, in accordance with HMA® SERVICES standard procedures, in initial enrollment activities, including education of Eligible Persons or Primary about HMA®, health care benefits, the enrollment process, and how to file for an HMA® Reimbursement.

    c. Access to customer service telephone number.

    d. HMA® SERVICES may provide additional services not specified in the Agreement; such services will be mutually agreed upon between the parties in writing prior to their performance and may be subject to Supplemental Charge. If any additional services are provided, such additional services shall be memorialized in writing and attached hereto as an Exhibit or Schedule.

### SECTION 4: TERM AND TERMINATION OF AGREEMENT

**4.1** *Term*. This Agreement will continue in full force and effect from the effective date and continue unless terminated as provided herein.

**4.2** *Termination*. This Agreement will be terminated, and medical benefits will be relinquished and no refunds will be processed as follows:

    a. By HMA® SERVICES without further action on the part of HMA® SERVICES, if the Primary fails to bring his/her HMA® Contributions current on all outstanding payments after the expiration of the grace period described in 2.1 above.

    b. Immediately without notice by HMA® SERVICES in the event of Primary or an Eligible Person's fraud, misrepresentation of a material fact or not complying with the terms of this Agreement. An example of this would be for a Primary or Eligible Person attempting to use his/her HMA® Medical Reimbursement Card for an expense not covered by this Agreement or to obtain cash. See Sections 1.9 and 2.3 above.

    c. By Primary at the end of any month by completing the HMA® Addition/Termination/Change Form and submitting it to HMA® SERVICES.

**4.3** *Notification of Eligible Persons.* If this Agreement is terminated, the Primary agrees to notify all Eligible Persons. The parties agree that the Primary will give such notice because the Primary maintains direct and ongoing communication with, and maintains current addresses for, all such Eligible Persons.

**4.4** *Effect of Termination*. If this Agreement is terminated by either Party, the Primary acknowledges that the Primary and all Eligible Person(s) will NOT continue to have use of the Primary's HMA® Contribution Account, for Eligible Services and the Primary's HMA® Account Balance will be relinquished to HMA® SERVICES and no refunds will be processed. Please note that once a Primary's account has been terminated, should the Primary subsequently seek to reopen his/her account, a new account will have to be originated and no medical benefits previously relinquished will be reinstated.

## SECTION 5:  ELECTRONIC DOCUMENTS

**5.1** *Primary consent/intended use.*  The Primary consents to receive via email an electronic file or access to an electronic file any document the Primary requests from HMA® SERVICES describing the benefits under, or the administration of, the Plan.

**5.2** *Primary acknowledgement/responsibilities.*  The Primary further acknowledges and agrees that he/she is responsible for providing Primary or Eligible Person's access, via the intranet, internet, or otherwise, to the most current version of any electronic file provided to the Primary. In addition, in all instances, the electronic file of the most current document issued to the Primary for use by the Primary is the legal document used to administer the Primary's Contract and will prevail in the event of any conflict between such electronic file and any other electronic or paper file. The Primary is solely responsible for any and all reimbursements for loss, liability or damages, arising either directly or indirectly from the use or posting of the electronic file on the intranet and/or Internet.

## SECTION 6:  APPLICABLE LAW

This Agreement shall be governed by, and shall be construed in accordance with, the laws of the state of Texas without regard to any state choice–of–law statutes, and any applicable federal law. All disputes arising out of this Agreement will be resolved in Harris County, Texas.

## SECTION 7:  ENTIRE AGREEMENT

**7.1** *Definition.*  This Agreement, including online applications and enrollments and all Exhibits and Addenda, represents the entire agreement and understandings of the parties hereto and all prior agreements, understandings, representations and warranties, whether written or oral, in regard to the subject matter hereof, are and have been merged herein to the extent applicable. In the event of a conflict, the provisions of this Agreement and the Exhibits and Addenda of this Agreement shall prevail. Additionally, each year during the month of December of January, Primary will receive an updated HMA® Primary Holder Contract which will replace the existing Contract.

**7.2** *Components.*  The Exhibits and Addenda of this Agreement as of the Agreement's effective date are:

**a.** Exhibit 1– HMA® SERVICES Product and Account Value Tables

## SECTION 8:  NOTICES

**8.1** *How to notify.*  All notices given under this Agreement must be in writing and shall be deemed to have been given for all purposes when personally delivered and received or when deposited in the United States mail, first–class postage prepaid, and addressed to the party at his/her/its respective address on file or when transmitted by email or facsimile via his/her/its respective email address or facsimile number on file.

**8.2** *Change of address.*  Each party shall notify the other of any change to their mailing, email, and/or transmission information in writing via email or United States mail.

## SECTION 9:  SEVERABILITY

Should any provision(s) contained in this Agreement be held to be invalid, illegal, or otherwise unenforceable, the remaining provisions of the Agreement shall be construed in their entirety as if separate and apart from the invalid, illegal or unenforceable provision(s) unless such construction were to materially change the terms and conditions of this Agreement.

## SECTION 10:  ASSIGNMENT

If the Primary dies, the remaining medical account balance will be transferred in full to the surviving legally married spouse who is the secondary account holder if they are listed and covered under the plan and if they continue to make the required monthly payments. Only a legally married spouse can be transferred the full medical account balance. If both spouses are deceased, 1/3 of the remaining account balance can be transferred to one designated beneficiary over the age of 18 by the primary account holder if they complete and submit to HMA® SERVICES the "HMA® Beneficiary Transfer Form" located in the Resources section of the member portal and appoint a designated beneficiary before they die. If the Primary is single and does not have a legally married spouse, 1/3 of the remaining account balance can be transferred to one designated beneficiary over the age of 18 by the primary account holder if they complete and submit to HMA® SERVICES the "HMA® Beneficiary Transfer Form" located in the Resources section of the member portal and appoint a designated beneficiary before they die. If the current beneficiary dies while the primary account holder is living, the primary account holder will be permitted to appoint and switch to a new beneficiary as long as the primary account holder does so before they die. The designated beneficiary is not required to assume the plan but must notify HMAS® of their intention to assume ownership of the plan within 60 days of the death of the primary account holder and must continue to make the required HMA® monthly contribution payments in order to keep their plan in force. If the beneficiary does choose to assume ownership of the plan, they are not permitted to scale down to a lower monthly contribution plan than what the deceased primary account holder was on for the first two years after they inherit it and begin to make monthly contributions (Ex: If your client was on the HMA® 20000 plan with a current medical account balance of $18,000 at the time of death, the designated beneficiary would assume $6,000 in medical benefits and must continue to pay the required monthly contribution into their HMA® 20000 plan for at least 24 months before they would be permitted to scale down to a lower HMA® plan level). However, the designated beneficiary is permitted to scale up to a higher monthly contribution plan at any time. If legally married spouses have separate individual plans, they cannot list each other as beneficiaries, and they cannot list the same beneficiary.

### SECTION 11: NO WAIVER

No delay or omission by HMA® SERVICES in exercising any of its rights hereunder shall impair such right or power or be construed to be a waiver thereof. A waiver by HMA® SERVICES of any breach of a covenant, condition or agreement to be performed by the Primary shall not be construed to be a waiver of any succeeding breach thereof. Further, no waiver of any of the provisions of this Agreement by HMA® SERVICES shall constitute a waiver of any other provision, nor shall such waiver constitute a continuing waiver unless otherwise expressly provided and agreed to by HMA® SERVICES in writing.

# EXHIBIT 1

## HMA® Account Value Tables

### Product: HMA® 2500

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $480 | $495 |
| 24 | $960 | $1,350 |
| 35 | $1,400 | *$2,500 |

### Product: HMA® 5000

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $1,008 | $990 |
| 24 | $2,016 | $2,700 |
| 35 | $2,940 | *$5,000 |

### Product: HMA® 7500

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $1,362 | $1,485 |
| 24 | $2,724 | $4,050 |
| 35 | $3,972.50 | *$7,500 |

### Product: HMA® 10000

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $1,680 | $1,980 |
| 24 | $3,360 | $5,400 |
| 35 | $4,900 | *$10,000 |

***Target account balance cap has been met**

Tables assume no reimbursements filed. Sample Maintenance Fees included. When a medical reimbursement is filed using the HMA® Medical Reimbursement Card, the reimbursement amount is subtracted from the owner's current HMA® account balance. The following month's contribution will be used to rebuild the account balance towards its target, account balance cap.

Monthly contribution amounts vary based on the number of family members on the plan. The HMA® 2500 and HMA® 5000 plans have no additional charges, but starting at the HMA® 7500 level, additional monthly charges applied are $5 additional for the first spouse or dependent and $10 additional per month for the second or more dependents.

# EXHIBIT 1

## HMA® Account Value Tables

**Product: HMA® 15000**

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $2,376 | $2,970 |
| 24 | $4,752 | $8,100 |
| 35 | $6,930 | *$15,000 |

**Product: HMA® 20000**

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $3,012 | $3,690 |
| 24 | $6,024 | $10,800 |
| 35 | $8,785 | *$20,000 |

**Product: HMA® 25000**

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $3,636 | $4,950 |
| 24 | $7,272 | $13,500 |
| 35 | $10,605 | *$25,000 |

**Product: HMA® 30000**

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $4,440 | $5,940 |
| 24 | $8,880 | $16,200 |
| 35 | $12,950 | *$30,000 |

***Target account balance cap has been met**

Tables assume no reimbursements filed. Sample Maintenance Fees included. When a medical reimbursement is filed using the HMA® Medical Reimbursement Card, the reimbursement amount is subtracted from the owner's current HMA® account balance. The following month's contribution will be used to rebuild the account balance towards its target, account balance cap.

Monthly contribution amounts vary based on the number of family members on the plan. The HMA® 2500 and HMA® 5000 plans have no additional charges, but starting at the HMA® 7500 level, additional monthly charges applied are $5 additional for the first spouse or dependent and $10 additional per month for the second or more dependents.

# EXHIBIT 1

## HMA® Account Value Tables

**Product: HMA® 40000**

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $5,820 | $7,920 |
| 24 | $11,640 | $21,600 |
| 35 | $16,975 | *$40,000 |

**Product: HMA® 50000**

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $7,260 | $9,900 |
| 24 | $14,520 | $27,000 |
| 35 | $21,175 | *$50,000 |

**Product: HMA® 60000**

| Contribution Month | Total Contribution | Current Member Or Family HMRA Account Balance |
|---|---|---|
| 12 | $8,700 | $11,880 |
| 24 | $17,400 | $31,2400 |
| 35 | $25,375 | *$60,000 |

***Target account balance cap has been met**

Tables assume no reimbursements filed. Sample Maintenance Fees included. When a medical reimbursement is filed using the HMA® Medical Reimbursement Card, the reimbursement amount is subtracted from the owner's current HMA® account balance. The following month's contribution will be used to rebuild the account balance towards its target, account balance cap.

Monthly contribution amounts vary based on the number of family members on the plan. The HMA® 2500 and HMA® 5000 plans have no additional charges, but starting at the HMA® 7500 level, additional monthly charges applied are $5 additional for the first spouse or dependent and $10 additional per month for the second or more dependents.