IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT MAININI, on behalf of himself and others similarly situated, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:25-cv-05381 |
| HEALTH MATCHING ACCOUNT SERVICES, INC., *et al*. | § § § | |
| *Defendants.* | § § | |

## STIPULATED MOTION ON AGREED STAY OF PARTY DISCOVERY

Plaintiff Robert Mainini, on behalf of himself and others similarly situated ("Plaintiff"), and Defendants Health Matching Account Services, Inc., Regina Gorog, Elliott Gorog, Elliott Clifford Gorog, as Trustee of the Elliott Clifford Gorog Trust, Regina Kathryn Gorog, as Trustee of the Regina Kathryn Gorog Trust, Investments of Mother and Son, LLC, Think Wellness Now, Inc., Health Maintenance Plus Agency, Inc., Pet Health Matching Account Services, Inc., and Agents Commission Advance Association, LLC (collectively, "Stipulation Defendants"), hereby stipulate as follows:

1.      On November 11, 2025, Plaintiff filed his Class Action Complaint. Dkt. 1.

2.      On November 12, 2025, the Court set an initial conference for February 20, 2026. Dkt. 4.

3.      With the exception of Regina Gorog, Elliott Gorog, and Elliott Clifford Gorog, as Trustee of the Elliott Clifford Gorog Trust, the remaining Stipulation Defendants' deadline to answer or otherwise respond to Plaintiff's complaint is February 19, 2026. Dkt. 15.

4.	Plaintiff and the Stipulation Defendants agree to stay all party-to-party discovery between them until July 1, 2026. The agreed stay does not encompass or extend to third-party discovery.

5.	The parties hereto jointly request by stipulated motion an order instituting their agreed discovery stay.

Dated: February 2, 2026

Respectfully submitted,

**MURPHY BALL STRATTON LLP**

*/s/ Richard D. Houghton*
Richard D. Houghton
State Bar No. 24121678
Fed. No. 3363238
Michelle Stratton
State Bar. No. 24085606
1001 Fannin Suite 720
Houston, TX 77002
Tel: 412.721.7482
rhoughton@mbssmartlaw.com
mstratton@mbssmartlaw.com

*Attorneys for Defendants Health Matching Account Services, Inc., Regina Gorog, Regina Kathryn Gorog, as Trustee of the Regina Kathryn Gorog Trust, Investments of Mother and Son, LLC, Think Wellness Now, Inc., Health Maintenance Plus Agency, Inc., Pet Health Matching Account Services, Inc., and Agents Commission Advance Association, LLC*

*/s/ Daniel F. Crowder*
Daniel F. Crowder
Texas State Bar No. 00796419
Southern District No. 21537
Email: dfcrowder@thecrowderlawfirm.com
Crowder Law Firm
5005 Riverway Dr., Suite 450
Houston, Texas 77056
(713) 523-1200 – Telephone
(713) 523-1266 – Facsimile

*Attorney for Defendants Elliott Gorog and Elliott Clifford Gorog, as Trustee of the Elliott Clifford Gorog Trust*

*/s/ Alexander Loftus*
Alexander Loftus, Esq.
SDTX Federal No. 3663102
LOFTUS & EISENBERG, LTD.
181 W. Madison, Suite 4700
Chicago, Illinois 60601
Ph: 312.899.6625
alex@loftusandeisenberg.com

- and -

James Crewse, Esq.
Texas Bar No. 24045722
CREWSE LAW FIRM, PLLC
5919 Vanderbilt Ave.
Dallas, Texas 75206
Ph: 214.394.2856
jcrewse@crewselawfirm.com

*Attorneys for Plaintiff and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing instrument was served by CM/ECF to all counsel of record on February 2, 2026.

*/s/ Richard D. Houghton*
Richard D. Houghton