IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT MAININI, on behalf of himself and others similarly situated, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:25-cv-05381 |
| HEALTH MATCHING ACCOUNT SERVICES, INC., *et al*. | § § § | |
| *Defendants.* | § § § | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michelle Stratton appears as counsel in this case for

Defendants Health Matching Account Services, Inc., Regina Gorog, Regina Kathryn Gorog, as

Trustee of the Regina Kathryn Gorog Trust, Investments of Mother and Son, LLC, Think Wellness

Now, Inc., Health Maintenance Plus Agency, Inc., Pet Health Matching Account Services, Inc.,

and Agents Commission Advance Association, LLC. Ms. Stratton respectfully requests that

copies of all motions, briefs, correspondence, and other papers regarding this case be

forwarded to:

Michelle Stratton
Texas Bar No. 24085606
Murphy Ball Stratton LLP
1001 Fannin, Suite 720
Houston, Texas 77002
(412) 721-7482
mstratton@mbsmartlaw.com
service@mbssmartlaw.com

Dated: February 4, 2026

Respectfully submitted,

*/s/ Michelle Stratton*
Michelle Stratton
State Bar. No. 24085606
Murphy Ball Stratton LLP
1001 Fannin Suite 720
Houston, TX 77002
Tel: 412.721.7482
mstratton@mbssmartlaw.com

*Attorney for Defendants Health Matching Account Services, Inc., Regina Gorog, Regina Kathryn Gorog, as Trustee of the Regina Kathryn Gorog Trust, Investments of Mother and Son, LLC, Think Wellness Now, Inc., Health Maintenance Plus Agency, Inc., Pet Health Matching Account Services, Inc., and Agents Commission Advance Association, LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument was served by CM/ECF to all counsel of record on February 4, 2026.

*/s/ Richard D. Houghton*
Richard D. Houghton