United States District Court
Southern District of Texas

**ENTERED**

February 18, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT MAININI, on behalf of himself and others similarly situated, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § | Civil Action No. 4:25-cv-05381 |
| | § | |
| HEALTH MATCHING ACCOUNT SERVICES, INC., *et al*. | § § § | |
| *Defendants.* | § § | |

**ORDER**

Before the Court is the parties' Stipulated Motion on Presuit Notice and Abatement ("Motion") (ECF No. 25). Given the Motion, the record, and the applicable law, the Court **GRANTS** the Motion. The Court therefore **ABATES** this case and **STAYS** all case deadlines for **60 days** beginning on the date of the entry of this Order.

Signed at Houston, Texas on this the 17th of February, 2026.



Keith P. Ellison
United States District Judge