United States District Court
Southern District of Texas

**ENTERED**

February 18, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT MAININI, on behalf of himself and others similarly situated, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:25-cv-05381 |
| HEALTH MATCHING ACCOUNT SERVICES, INC., *et al.* | § § § | |
| *Defendants.* | § § | |

**ORDER**

Before the Court is the parties' Stipulated Motion on Initial Conference ("Motion") (ECF No. 24). Given the Motion, the record, and the applicable law, the Court **GRANTS** the Motion. The Court therefore **RESETS** the case's initial conference from February 20, 2026, to **June 26, 2026** at 2:00 p.m. by telephone.

Signed at Houston, Texas on this the 17th of February, 2026.

_____
Keith P. Ellison
United States District Judge